IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 10-42 |
| | ) |
| JASON KELLER | ) |
| | ) |

ORDER

AND NOW, this 13th day of Oct, 2010, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation be, and hereby is, approved, the specific terms of which are incorporated by reference into this Order.

It is FURTHER ORDERED that Jason Keller's interest in the following firearms (the Subject Firearms) be, and hereby is, forfeited to the United States:

    a Winchester model 1300 12 gauge sawed-off shotgun

    a Revelation model 350A 12 gauge sawed-off shotgun

It is FURTHER ORDERED that the forfeiture of the Subject Firearms is made part of his criminal judgment and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

_____
United States District Court